# REPORT FOLLOWING
## VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:15-cv-0832 | Keith Starke v Fifth Third Bank | 12/18/2015 |

**PARTIES**     Attendees

| Name | On Behalf Of |
|---|---|
| Keith Starke, Plaintiff (in person) | |
| Matthew Underwood, Defendant (in person) | |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Ryan Scott Lee (via phone) | Plaintiff |
| Brian McNulty (in person) | Plaintiff |
| Thomas Amon (in person) | Defendant |

Result:   ✔ Case settled in full - Final paperwork will be filed by: January 4, 2016
         ☐ Mediation continuing - Date of Next Session
         ☐ Not settled - Mediation Completed

Dated: 12/30/2015          /s/ Kevin J. O'Dowd
                           Kevin J. O'Dowd
                           Mediator