UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

| | |
|---|---|
| KEITH STARKE,<br><br>　　　　Plaintiff,<br><br>v<br><br>FIFTH THIRD BANK,<br><br>　　　　Defendant. | Case No. 1:15-cv-00832-JTN-ESC<br><br>Hon. Janet T. Neff |

## STIPULATION AND PROPOSED ORDER
## OF DISMISSAL WITH PREJUDICE

Plaintiff Keith Starke and Defendant Fifth Third Bank ("Fifth Third"), through their respective attorneys, hereby stipulate and agree that the above-captioned action shall be dismissed in its entirety with prejudice, and without costs or fees awarded to either party.

Dated:  January 4, 2016

 /s/ Ryan Lee  
Ryan Lee  
Krohn & Moss, Ltd.  
10474 Santa Monica Blvd., Suite 405  
Los Angeles, CA 90025  
(323) 988-2400 x241  
Attorneys for Plaintiff

 /s/ Molly E. McManus  
Molly E. McManus  
900 Fifth Third Center  
111 Lyon Street, N.W.  
Grand Rapids, MI 49503  
(616) 752-2196  
mmcmanus@wnj.com  
Attorneys for Defendant

## ORDER

Based on the foregoing stipulation, IT IS SO ORDERED.

Dated:  January ____, 2016

_____  
Hon. Janet T. Neff  
United States District Court Judge

13731288-1