UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

KEITH STARKE,

    Plaintiff,

v

FIFTH THIRD BANK,

    Defendant.

Case No. 1:15-cv-00832-JTN-ESC

Hon. Janet T. Neff

## STIPULATION AND PROPOSED ORDER
## OF DISMISSAL WITH PREJUDICE

Plaintiff Keith Starke and Defendant Fifth Third Bank ("Fifth Third"), through their respective attorneys, hereby stipulate and agree that the above-captioned action shall be dismissed in its entirety with prejudice, and without costs or fees awarded to either party.

Dated: January 4, 2016

| /s/ Ryan Lee | /s/ Molly E. McManus |
|---|---|
| Ryan Lee | Molly E. McManus |
| Krohn & Moss, Ltd. | 900 Fifth Third Center |
| 10474 Santa Monica Blvd., Suite 405 | 111 Lyon Street, N.W. |
| Los Angeles, CA 90025 | Grand Rapids, MI 49503 |
| (323) 988-2400 x241 | (616) 752-2196 |
| Attorneys for Plaintiff | mmcmanus@wnj.com |
| | Attorneys for Defendant |

## ORDER

Based on the foregoing stipulation, IT IS SO ORDERED.

Dated: January __4__, 2016

    /s/ Janet T. Neff
    Hon. Janet T. Neff
    United States District Court Judge

13731288-1